UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
ANTWAN TOLLIVER, an individual,

                Plaintiff,

      -against-

CARMAD, INC. d/b/a WINE ON 1ST, an entity,
and DOUGLAS ELLIMAN, LLC d/b/a DOUGLAS
ELLIMAN PROPERTY MANAGEMENT, an entity,

                Defendants.
---------------------------------------------------------------- X

Case no.: 20-cv-3621

SO ORDERED:

/s/ Vernon Broderick
HON. VERNON S. BRODERICK  9/8/2020
UNITED STATES DISTRICT JUDGE

## NOTICE OF SETTLEMENT AND
## VOLUNTARY DISMISSAL WITH PREJUDICE

**WHEREAS**, the Parties have settled the claims.

**NOW THEREFORE,** the Plaintiff agrees that the matter is hereby DISMISSED *with prejudice and without costs* against all Parties identified in above captioned.

**SO STIPULATED AND RESOLVED**.

Dated: Brooklyn, New York
      September 4, 2020

Respectfully submitted,

| **SOLOMOS & STORMS** | **FLEISCHNER POTASH LLP** |
|---|---|
| By: /s/ Derrick Storms | By: /s/ Evan A. Richman |
| Derrick Storms, Esq. | Evan A. Richman, Esq. |
| 33-08 Broadway | 1527 Franklin Ave., Ste. 200 |
| Astoria, NY 11106 | Mineola, NY 11501 |
| Tel: (718) 278-5900 | Tel: (646) 520-4200 |
| Email: dstormsesq@gmail.com | Email: erichman@fp.law |
| *Attorneys for Plaintiff* | *Attorneys for Douglas Elliman* |

1